# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

**No. 19-5288**

**September Term, 2020**

FILED: AUGUST 9, 2021

IN RE: APPLICATION OF THE COMMITTEE ON THE JUDICIARY, U.S. HOUSE OF REPRESENTATIVES, FOR AN ORDER AUTHORIZING THE RELEASE OF CERTAIN GRAND JURY MATERIALS,

COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES,
   APPELLEE

v.

UNITED STATES DEPARTMENT OF JUSTICE,
   APPELLANT

---

On Remand from the Supreme Court of the United States

---

Before: ROGERS and RAO, *Circuit Judges**

## J U D G M E N T

This cause came to be heard on remand from the Supreme Court of the United States, which, inter alia, vacated this court's judgment. On consideration thereof, it is

**ORDERED and ADJUDGED** that this case be remanded to the District Court with instructions to vacate the October 25, 2019 order granting the application of the Committee on the Judiciary, U.S. House of Representatives, in accordance with the Supreme Court's judgment in Department of Justice v. House Committee on the Judiciary, 2021 WL 2742772 (Jul 2, 2021).

The Clerk is directed to issue the mandate forthwith.

         **FOR THE COURT:**
         Mark J. Langer, Clerk

      BY: /s/
        Michael C. McGrail
        Deputy Clerk

* Then Circuit Judge Griffith was a member of the panel that decided this case in 2020, but he did not participate in this judgment. Judges Rogers and Rao have acted as a quorum with respect to this judgment. See 28 U.S.C. § 46(d).